UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-9335 PSG (SPx) | Date | February 9, 2016 |
|---|---|---|---|
| Title | Paul Dunbar, *et al.* v. DePuy Orthopaedics, Inc., *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DISMISSING Case for Lack of Subject Matter Jurisdiction

Plaintiffs filed this action on December 2, 2015. *See* Dkt. # 1. Jurisdiction was asserted on the basis of diversity pursuant to 28 U.S.S. § 1332(a), but it appeared that all Plaintiffs were not diverse from all Defendants. *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 67-68 (1996). On December 22, the Court ordered Plaintiffs to show cause in writing no later than January 11, 2016 why the case should not be dismissed for lack of subject matter jurisdiction. Dkt. # 11. Plaintiffs have not responded. Accordingly, the case is DISMISSED.

**IT IS SO ORDERED.**